

EMERGENCY COMMUNICATIONS NETWORK® CONTACT

THE ECN DIFFERENCE  SOLUTIONS  INDUSTRIES

COMPANY

# ABOUT

Lightning strikes and arson, coupled with an unusually wet and mild winter, created a perfect storm in June 1998, giving rise to destructive wildfires that threatened residents across north-Central Florida. Necessity is the mother of all inventions, so when crisis hit close to home, executives at Emergency Communications Network (ECN), headquartered in Ormond Beach, FL, realized the potential of their advanced telephonic infrastructure to help local public safety officials deliver critical evacuation notices, providing residents extra moments to prepare as the fire crept closer to their homes.

From this event, CodeRED, ECN's flagship solution, was officially formed, creating a way for government agencies to quickly inform residents, local businesses, and visitors of emergency situations as they unfolded.

CodeRED revolutionized high-speed notifications as one of the first Software-as-a-Service (SaaS) web-based platforms to enable location-specific and time-sensitive communications to be disseminated via multiple delivery modes all from a single user interface. Always staying ahead of industry needs, the company also created the CodeRED Mobile Alert app – that nation's most downloaded public safety notification app delivering geo-targeted notifications directly to those impacted.

ECN has grown and expanded its robust portfolio to include integrated mass communication solutions optimized for businesses of varying sizes and industries to include small businesses up to Fortune 1000 companies, all seeking reliable risk management and business continuity resources. These business-specific solutions include SmartNotice and MIR3's comprehensive business platforms – Intelligent Notification and TelAlert, all providing automated IT alerts, employee notifications, and two-way communications as essential tools for business continuity and disaster recovery plans.

Today, ECN has grown to become the largest global provider of integrated communication solutions. Since day one, our mission has remained the same – to serve as a value-add partner to clients, providing the industry's best user experience and the easiest and most reliable notification solutions available. Our passion and dedication is credited with helping clients successfully recover more than 3,500 missing children and has provided critical alerts throughout emergency events such as Superstorm Sandy, Winter Storm Juno, The Boston Marathon bombings, and more. Our legacy remains to alert, inform and affect lives.  Learn more about our client successes here.

# EXECUTIVE TEAM



**WAIN KELLUM**

CEO



**DAVID DIGIACOMO**

PRESIDENT, GOVERNMENT



**ANN PICKREN**

PRESIDENT, COMMERCIAL



**DOMINIC BONGO**

CFO



**MICHAEL ELY**

CTO



**ALAN EPSTEIN**

VP OPERATIONS