



THE ECN DIFFERENCE     SOLUTIONS     INDUSTRIES

COMPANY

# SEVERE WEATHER ALERTING



## AUTOMATED WEATHER ALERTS

Without any human intervention required, the CodeRED Weather Warning severe weather alert system delivers advanced warning of severe weather as soon as a bulletin is issued by the National Weather Service. The system delivers voice calls, text messages and emails to subscribed users within the direct path of the storm. Messages provide residents extra time to prepare that could save lives. Types of alerts include tornado warnings, severe thunderstorm warnings, flash flood warnings, tsunami warnings and winter storm warnings.

## POLYGON METHODOLOGY

CodeRED Weather Warning interprets bulletins issued by the National Weather Service to determine the severity of the warning and the exact areas affected. The system then creates a calling database of all CodeRED Weather Warning subscribers within the projected path of severe weather. Instead of traditional county-based warnings, the system delivers targeted alerts to only those who may be affected, increasing relevance and reducing false alarm.





## SPEED

CodeRED Weather Warning is automated and requires no human intervention. Notifications are delivered so quickly they often arrive prior to any other public notifications, including television or weather radio broadcasts. CodeRED Weather Warning technology has been highlighted on national media outlets for its effectiveness in early alerting.

© 2017 Emergency Communications Network      Privacy Policy

EMERGENCY COMMUNICATIONS NETWORK® CONTACT

THE ECN DIFFERENCE     SOLUTIONS     INDUSTRIES

COMPANY

# LIVE TRAINING AND SUPPORT



## LIVE SUPPORT

Emergencies don't just occur 8-5. ECN's team of in-house, full-time support specialists is available to provide immediate assistance at any time of day or night. They closely monitor weather and significant events and proactively reach out to clients who may be impacted.

## LIVE TRAINING

ECN recognizes each person learns differently. We provide live customized, one-on-one trainings with each organization, first listening to the client to understand their unique needs and creating a specialized training session to optimize their use of the system. Online guides, tutorials, and resource documents are also available for access at any time.





## SUPPORT TEAM

Each client is provided a dedicated team of client support representatives who are available throughout the life of the contract. Clients enjoy hearing from their support team on a regular basis to check in and provide additional training as needed.

© 2017 Emergency Communications Network    Privacy Policy

Case 3:17-cv-00105-HSM-HBG   Document 1-2   Filed 03/24/17   Page 4 of 4   PageID #: 20