



LOG IN

EMERGENCY COMMUNICATIONS NETWORK® CONTACT

THE ECN DIFFERENCE    SOLUTIONS    INDUSTRIES

COMPANY

# IPAWS ALERTING

## TRY A DEMO OF OUR NOTIFICATION SOLUTION

REQUEST DEMO



## SEND

## CRITICAL COMMUNICATIONS

The CodeRED for Integrated Public Alert and Warning System (IPAWS) service enables authorized officials to send secure, critical communications from a single portal to communication pathways including the Emergency Alert

Case 3:17-cv-00105-HSM-HBG   Document 1-3   Filed 03/24/17   Page 1 of 4   PageID #: 21

System (EAS), Wireless Emergency Alert (WEA), National Weather Service (NWEM), COG to COG and Public Feeds. The CodeRED solution features full support and comprehensive user training.



## TRIPLE REDUNDANT ARCHITECTURE

The CodeRED IPAWS tool is housed on redundant servers in geographically separate data centers. To ensure maximum performance, the IPAWS tool also has its own dedicated physical servers.

CodeRED IPAWS servers are not Internet-accessible and are isolated in different subnets from the rest of the network, behind firewall appliances that restrict access to CodeRED servers.



## EXPERIENCE

In early 2011, ECN worked closely with the Systems Architect on IPAWS and provided the first interface that could successfully post messages to IPAWS the same year. The CodeRED IPAWS interface is regularly demonstrated by FEMA officials

Case 3:17-cv-00105-HSM-HBG   Document 1-3   Filed 03/24/17   Page 2 of 4   PageID #: 22

at events across the country including the International Association of Emergency Managers.

## SYSTEM DEMONSTRATION



Current CodeRED clients and those considering a mass notification system are invited to join ECN for a webinar that will cover the features and capabilities of CodeRED for IPAWS. Please note, webinars are intended only for public safety and other government officials who have authority to deliver emergency notifications to the public.

Click here to enroll.

## SALES DEMONSTRATION

This form is strictly for officials authorized to deliver notifications on behalf of their community or organization.

* First Name

* Last Name

Case 3:17-cv-00105-HSM-HBG   Document 1-3   Filed 03/24/17   Page 3 of 4   PageID #: 23

\* Email

Title

\* Organization

\* Phone

\* State/Province

Select…

\* How can we help you?

Select…

Comments

SEND

© 2017 Emergency Communications Network                    Privacy Policy

Case 3:17-cv-00105-HSM-HBG   Document 1-3   Filed 03/24/17   Page 4 of 4   PageID #: 24