IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| DEBORAH SPILLERS, as the administratrix, of the estate of CHARLES E. TAYLOR, deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:17-CV-105 JURY DEMAND |
| EMERGENCY COMMUNICATIONS ) NETWORK, LLC, ) d/b/a "CodeRED" ) d/b/a "ECN", ) ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ONSOLVE, LLC (FORMALLY KNOWN AS EMERGENCY COMMUNICATIONS NETWORK, LLC)

Defendant OnSolve, LLC formerly known as Emergency Communication Network, LLC, pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, hereby states that:

1) OnSolve, LLC is a limited liability Company with its principal place of business in Florida,

2) OnSolve, LLC is wholly owned by OnSolve Intermediate Holding Company f/k/a ECN Intermediate Holding Company which is not publicly traded.

                                                    /s/ William B. Jakes, III
                                                    WILLIAM B. JAKES, III (#10247)
                                                    HOWELL & FISHER, PLLC
                                                    Court Square Building
                                                    300 James Robertson Parkway
                                                    Nashville, TN 37201-1107
                                                    (615) 921-5208
                                                    *bjakes@howell-fisher.com*
                                                    *Attorneys for Defendant, OnSolve, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been electronically mailed to:

Dan C. Stanley (#021002)
Stanley & Kurtz, PLLC.
422 South Gay Street, Suite 301
Knoxville, TN 37902
865-522-9942
dan@danchanningstanley.com

and

Eric B. Foust, (#029808)
Law Offices of Eric B. Foust
422 South Gay Street, Suite 302
Knoxville, TN 37939
eric@foustlawfirm.com

*Attorneys for Plaintiff*

this the ___ day of June, 2017.

/s/ William B. Jakes, III
**WILLIAM B. JAKES, III**